**Randall George ANGEL, Plaintiff— Appellant,**

v.

**Dennis BALAAM; et al., Defendants— Appellees.**

No. 05–16076.

United States Court of Appeals, Ninth Circuit.

Submitted: Feb. 13, 2006.*

Decided: Feb. 22, 2006.

Randall George Angel, Carson City, NV, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: FERNANDEZ, RYMER, and BYBEE, Circuit Judges.

## MEMORANDUM **

Randall George Angel appeals pro se from the district court's judgment dismissing for failure to state a claim pursuant to 28 U.S.C. § 1915 his 42 U.S.C. § 1983 action alleging defendants violated his due process rights by denying his access to public records under Nevada state law. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Barren v. Harrington*, 152 F.3d 1193, 1194 (9th Cir. 1998) (order), and we affirm.

The district court correctly found that Angel had previously presented the instant claims in another action, *Angel v. Balaam*, No. CV–N–04–0394–ECR–RAM, which it dismissed for failure to state a claim. Accordingly, the district court properly dismissed this action, because it is barred by res judicata. *See Franklin v. Murphy*, 745 F.2d 1221, 1230 (9th Cir.1984) (action barred by res judicata can be dismissed as frivolous under 28 U.S.C. § 1915); *see also Mpoyo v. Litton Electro–Optical Sys.*, 430 F.3d 985, 987 (9th Cir.2005) (doctrine of res judicata serves to bar a claim where there is an identity of claims, a final judgment on the merits and an identity of parties); *Stewart v. U.S. Bancorp*, 297 F.3d 953, 957 (9th Cir.2002) (dismissal for failure to state a claim is a "judgment on the merits" to which res judicata applies).

**AFFIRMED**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.